CLOSED, MDL, STAYED, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07-cv-03839

Adkins v. Davol, Inc. et al **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge Keith P Ellison
Cause: 28:1332 Diversity-Product Liability

Date Filed: 11/15/2007
Date Terminated: 01/14/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Bonnie Louise Adkins** represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832-372-2926
Fax: 281-538-6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **D Mitchell McFarland**
500 Dallas Street
Ste 2600
Houston, Tx 77002
713-843-7900
Fax: 713-843-7901
Email: mitch.mcfarland@harrisonbettis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. R. Bard, Inc.** represented by **D Mitchell McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number |

| | | |
|---|---|---|
| | | 3224019) filed by Bonnie Louise Adkins. (Attachments: # 1 Civil Cover Sheet Bonnie Louise Adkins)(Alexander, David) (Entered: 11/15/2007) |
| 11/16/2007 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 1/4/2008 at 03:15 PM in Room 3716 before Judge Keith P Ellison.( Signed by Judge Keith P Ellison ) Parties notified.(smurdock, ) (Entered: 11/16/2007) |
| 11/30/2007 | 3 | First CERTIFICATE OF INTERESTED PARTIES by Bonnie Louise Adkins, filed.(Alexander, David) (Entered: 11/30/2007) |
| 12/07/2007 | | Summons Issued as to Davol, Inc., C. R. Bard, Inc., filed.(kettac, ) (Entered: 12/07/2007) |
| 12/12/2007 | 4 | NOTICE of Resetting. Initial Conference set for 1/4/2008 at 3:15 PM reset to 3/18/2008 at 10:30 AM in Chambers, Room 3716 before Judge Keith P Ellison, filed. Parties notified. (csonnier, ) (Entered: 12/12/2007) |
| 12/19/2007 | 5 | Unopposed MOTION to Stay *Proceedings Pending Transfer to Federal MDL* by Davol, Inc., C. R. Bard, Inc., filed. Motion Docket Date 1/8/2008. (Attachments: # 1 Exhibit 1# 2 Proposed Order Unopposed Motion to Stay)(McFarland, D) (Entered: 12/19/2007) |
| 12/19/2007 | 6 | Order GRANTING 5 Motion to Stay.( Signed by Judge Keith P Ellison ) Parties notified.(csonnier, ) (Entered: 12/19/2007) |
| 12/19/2007 | 7 | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 12/10/2007, answer due 12/31/2007, filed.(mharrison, ) (Entered: 12/20/2007) |
| 12/19/2007 | 8 | RETURN of Service of SUMMONS Executed as to C. R. Bard, Inc. served on 12/10/2007, answer due 12/31/2007, filed.(ltrevino, ) (Entered: 12/20/2007) |
| 01/14/2008 | 9 | JPML CONDITIONAL TRANSFER ORDER (CTO-12) (certified copy) transferring case to District of Rhode Island to be included in MDL Docket No. 1842. Case terminated on 1/14/08. Parties notified. (jbradford, ) (Entered: 01/17/2008) |
| 01/17/2008 | | MDL transfer to District of Rhode Island. Case transferred electronically. Rhode Island case number 08-2072. (jbradford, ) (Entered: 01/17/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/04/2008 13:34:27 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:07-cv-03839 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |